KEVIN V. RYAN (CSBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00442 RMW |
|     Plaintiff, ) | |
|     v. ) | [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| RAFAEL RAMOS-ROJAS, ) | |
|     Defendant. ) | |

    On July 21, 2005, the parties appeared before the Court for an arraignment on an indictment. At the hearing, the defendant entered a plea of not guilty and the undersigned parties requested that the matter be placed on Judge Whyte's calendar on August 8, 2005 at 9:00 a.m. In addition, the parties stipulated and agreed that an exclusion of time under Speedy Trial Act from July 21, 2005 until August 8, 2005 was appropriate based on the defendant's need for effective preparation of counsel and continuity of counsel. AFPD Vinnard, who represents the defendant, will be out of town on work-related matters until the end of July and needs additional time to review the discovery and consult with the defendant.

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00442 RMW

1 | SO STIPULATED.                             KEVIN V. RYAN
2 |                                            United States Attorney
3 | DATED:_____                        _____
                                               SUSAN KNIGHT
4 |                                            Assistant United States Attorney

5 | DATED:_____                        _____
                                               ANGELA HANSEN
6 |                                            Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for August 8, 2005 at 9:00 a.m. before the Honorable Judge Whyte.

The Court FURTHER ORDERS that the time between July 21, 2005 and August 8, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

_7/27/05_                                      _/s/ Patricia V. Trumbull_
Dated                                          PATRICIA V. TRUMBULL
                                               Chief United States Magistrate Judge