| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013 )<br>Assistant United States Attorney |

**FILED**

AUG 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

. UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00442 RMW |
| Plaintiff, | ) ) | |
| | ) | DISMISSAL |
| v. | ) ) | |
| RAFAEL RAMOS-ROJAS, | ) ) | (San Jose Venue) |
| Defendant. | ) ) ) | |

Leave of Court is granted to the government to dismiss the above-captioned indictment.

Date: 8/12/05

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

2

E-FILING